**2005–0458.  Disciplinary Counsel v. Edelman.**
On Certified Order of the Supreme Court of Arizona, No. SB04–0152–D. Sanford J. Edelman, Attorney Registration No. 0011572, is publicly reprimanded.

**2005–0466.  Disciplinary Counsel v. Ankerman.**
On Certified Order of the Superior Court, Judicial District of New Haven, No. CV02–465664. William Ankerman, Attorney Registration No. 0024093, is indefinitely suspended from the practice of law.

## MEDIATION REFERRALS

The following case has been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2005–0544.  State ex rel. Hattie Larlham Educational Serv., Inc. v. Zelman.**
In Mandamus.